Linda M. AMES; Peggy West, Plaintiffs–Appellants,

v.

SUNRISE HOSPITAL, INC., Defendant–Appellee.

No. 00–16593.

D.C. No. CV–98–00929–HDM.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 5, 2001.[*]

Decided Dec. 19, 2001.

Before KOZINSKI, RYMER, and SILVERMAN, Circuit Judges.

MEMORANDUM [**]

Sunrise Hospital articulated nondiscriminatory reasons for firing appellants. Appellants failed to show "specific, substantial evidence" that those reasons were pretextual. *Godwin v. Hunt Wesson, Inc.*, 150 F.3d 1217, 1221 (9th Cir.1998).

AFFIRMED.

---

Chiew Kuang SAECHAO, Petitioner— Appellant,

v.

A.K. FILLON, Respondent—Appellee.

No. 00–16850.

D.C. No. CV–98–06540.

United States Court of Appeals, Ninth Circuit.

---

[*] The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the

Submitted Dec. 7, 2001.*

Decided Dec. 19, 2001.

Before KOZINSKI, RYMER, and SILVERMAN, Circuit Judges.

## MEMORANDUM **

Counsel's closing argument did not constitute ineffective assistance because it was part of an objectively reasonable trial strategy. *See Smith v. Stewart,* 241 F.3d 1191, 1198 (9th Cir.2001).

AFFIRMED.

**UNITED STATES of America,**
**Plaintiff—Appellee,**

**v.**

**Michael MEDJUCK, Defendant—**
**Appellant.**

**No. 01–15051.**
**D.C. No. CR–91–00552–1–VRW.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 7, 2001.*

Decided Dec. 19, 2001.

Before KOZINSKI, RYMER, and SILVERMAN, Circuit Judges.

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.